UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CAPE FEAR RIVER WATCH, *et al.,*

    Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.,*

    Defendants.

_____/

Case No. 1:22-cv-03809-BAH

### DEFENDANTS' STATUS REPORT

Pursuant to paragraph four of the Consent Decree (ECF No. 24), Defendants the United States Environmental Protection Agency and its Administrator state that, since their last report on July 1, 2024 (ECF No. 25), no relevant administrative event has occurred.

Defendants will file their next status report within 180 days.

    Respectfully submitted,

    United States Department of Justice
    Environment and Natural Resources Division

Dated:  12/30/24

    */s/ Andrew J. Doyle*
    Attorney
    450 Golden Gate Avenue, Room 7-6714
    San Francisco, CA  94102
    (415) 744-6469
    andrew.doyle@usdoj.gov

    Attorney for Defendants