UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPE FEAR RIVER WATCH, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY and ) <br> LEE ZELDIN, ) <br> Administrator, United States ) <br> Environmental Protection Agency, ) <br> ) <br> Defendants. ) | Case No.: 1:22-cv-03809-BAH |

**DEFENDANTS' STATUS REPORT**

Pursuant to paragraph four of the Consent Decree lodged by the parties and entered by the Court on May 3, 2023 (ECF No. 24), Defendants the United States Environmental Protection Agency and Lee Zeldin in his official capacity as Administrator of the United States Environmental Protection Agency (collectively, "EPA") hereby provide a status report.

After the Court's entry of the Consent Decree, EPA timely signed, and the Federal Register subsequently published, a proposed regulation under the Clean Water Act to revise the technology-based effluent limitations guidelines and standards for the meat and poultry products point source category. 89 Fed. Reg. 4474 (Jan. 23, 2024). EPA solicited public comments, which were due by March 25, 2024. *Id.* at 4474. EPA received a number of comments.

EPA filed status reports on July 1, 2024 (ECF No. 25) and December 30, 2024 (ECF No. 26). These reports summarized the case developments described above. The Court ordered the parties to file another status report by June 30, 2025 (Min. Order Jan. 2, 2025).

1

Since December 30, 2024, EPA (1) held a listening session with Plaintiffs on April 24, 2025, during which Plaintiffs shared their thoughts regarding the proposed rule; (2) briefed the agency's new political leadership on March 6, 2025; and (3) has continued to work toward meeting the deadline—August 31, 2025—for final action under the Consent Decree.

                                      Respectfully submitted,

                                      ADAM R.F. GUSTAFSON
                                      Acting Assistant Attorney General
                                      U.S. Department of Justice
                                      Environment & Natural Resources Division

Dated:  June 27, 2025                     */s/ Corrina Carter*
                                      CORRINA CARTER
                                      Trial Attorney
                                      U.S. Department of Justice
                                      Environment & Natural Resources Division
                                      Environmental Defense Section
                                      P.O. Box 7611
                                      Washington, D.C. 20044
                                      Tel: (202) 598-9672
                                      corrina.carter@usdoj.gov

                                      *Of counsel*:
                                      POOJA S. PARIKH
                                      U.S. Environmental Protection Agency
                                      Office of General Counsel  - 2355A
                                      1200 Pennsylvania Ave., N.W.
                                      Washington, D.C.  20460
                                      (202) 564-0839
                                      parikh.pooja@epa.gov

                                      *Attorneys for Defendants*