# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPE FEAR RIVER WATCH, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY and<br>LEE ZELDIN, Administrator, United<br>States Environmental Protection Agency,<br><br>   Defendants. | Case No.: 1:22-cv-03809-BAH |

## NOTICE OF FINAL ACTION

Defendants the United States Environmental Protection Agency and Lee Zeldin in his official capacity as Administrator of the United States Environmental Protection Agency (collectively, "EPA") hereby provide notice to the Court that the final action required under Paragraph Five of the Consent Decree, pertaining to the Meat and Poultry Product Effluent Guidelines and Pretreatment Standards, was signed by Administrator Lee Zeldin on August 29, 2025. On the same day, EPA also provided Plaintiffs with a pre-publication copy of the notice of final action to be published in the *Federal Register*, as required under Paragraph Five of the Consent Decree.

A copy of the pre-publication version of the notice of final action is attached to this Notice.

Respectfully submitted,

ADAM R.F. GUSTAFSON
United States Department of Justice

|  |  |
|---|---|
|  | Acting Assistant Attorney General<br>Environment and Natural Resources<br>Division |
| Dated:  September 2, 2025 | */s/ Martha C. Mann*<br>MARTHA C. MANN<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 353-5900<br>martha.mann@usdoj.gov |

*Of counsel*:
POOJA S. PARIKH
U.S. Environmental Protection Agency
Office of General Counsel  - 2355A
1200 Pennsylvania Ave., N.W.
Washington, D.C.  20460
(202) 564-0839
parikh.pooja@epa.gov

*Attorneys for Defendants*