IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPE FEAR RIVER WATCH *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 1:22-cv-03809-BAH |
| U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | ) |
| Defendants. | ) |

**STATUS REPORT**

Plaintiffs Cape Fear River Watch, Rural Empowerment Association for Community Help, Waterkeepers Chesapeake, Waterkeeper Alliance, Humane World for Animals (formerly, Humane Society of the United States), Food & Water Watch, Environment America, Comite Civico del Valle, Center for Biological Diversity, and Animal Legal Defense Fund (collectively, "Plaintiffs"), respectfully provide the following status report pursuant to the Court's Minute Order dated September 5, 2025.

Following the lapse in federal appropriations, Plaintiffs have been unable to confer with Defendants' counsel to finalize and file a joint status report. Plaintiffs will work with Defendants to submit a joint status report after appropriations have been restored, in accordance with the U.S. District Court for the District of Columbia's Standing Order No. 25-55.

1

Dated: October 2, 2025

Respectfully Submitted,

/s/ Alexis Andiman
ALEXIS ANDIMAN
Earthjustice
Senior Attorney
48 Wall Street, 15th Floor
New York, N.Y. 10005
(212) 845-7394
aandiman@earthjustice.org

/s/ Jennifer Duggan
JENNIFER DUGGAN
Environmental Integrity Project
Executive Director
888 17th Street NW, Suite 810
Washington, D.C. 20006
(202) 263-4446
jduggan@environmentalintegrity.org

*Counsel for Plaintiffs*